# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Juanita Ford, as Administratix of the
Estate of Barbara Wells,,

       Plaintiff,                              Civil No. 09-mc-94 (RHK/AJB)

vs.                                        **DISQUALIFICATION AND**
                                                **ORDER FOR REASSIGNMENT**

Alza Corporation, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 5, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge